SCOTT D. SHERMAN ESQ
MINION & SHERMAN
33 CLINTON ROAD, SUITE 105
WEST CALDWELL, NJ  07006

Re:   SETH DUNN
   22 BEECH ROAD
   SPARTA,  NJ  07871

Atty:   SCOTT D. SHERMAN ESQ
    MINION & SHERMAN
    33 CLINTON ROAD, SUITE 105
    WEST CALDWELL, NJ  07006

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2025**
Chapter 13 Case # 24-22337

**RECEIPTS AS OF 01/01/2025**          (Please Read Across)

**LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2025**          (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 90.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMEX | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0002 | BARCLAYS BANK DELAWARE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0003 | BARCLAYS BANK DELAWARE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0004 | CAPITAL ONE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0005 | CITIBANK | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0006 | INTERNAL REVENUE SERVICE | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0008 | JPMCB | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0009 | KIMLA A TERRANCE | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | PNC FINANCIAL | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0013 | US BANK, N.A. | (NEW) Prepetition | 0.00 | 100.00% | 0.00 | 0.00 |
| 0014 | UPGRADE, INC. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0015 | US BANK NATIONAL ASSOCIATION | UNSECURED | 3,431.43 | 0.00% | 0.00 | 0.00 |
| 0016 | AMEX | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0017 | AMEX | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0018 | BARCLAYS BANK DELAWARE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0019 | CITIBANK | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0020 | CITIBANK | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0021 | UNITED STATES TREASURY/IRS | UNSECURED | 39,379.13 | 0.00% | 0.00 | 0.00 |

**Total Paid:  $90.00**
See Summary

**Chapter 13 Case # 24-22337**

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 18, 2025.

Receipts: $0.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $90.00    =    Funds on Hand: $1,410.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.