Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.:  24−22337−VFP
          Chapter:  13
          Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Seth Dunn
   aka Seth Thomas Patrick Dunn
   22 Beech Road
   Sparta, NJ 07871

Social Security No.:
   xxx−xx−5093

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on February 24, 2025.

   On 11/20/2025 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date:                  January 15, 2026
Time:                 08:30 AM
Location:           Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: November 20, 2025
JAN: dlr

                                                                                                                          Jeanne Naughton
                                                                                                                          Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 24-22337-VFP
Seth Dunn  Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3
Date Rcvd: Nov 20, 2025      Form ID: 185      Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Seth Dunn, 22 Beech Road, Sparta, NJ 07871-3805 |
| 520486035 | + | KIMLA A TERRANCE, 122 Wall Street, Belvidere, NJ 07823-1010 |
| 520549058 | + | Morris County Probation - Child Support, 10 Court Street, PO Box 910, Morristown, NJ 07963-0910 |
| 520486040 | + | US Bank, N.A., c/o Richard J. Nalbandian, Esq., ECKERT, SEAMANS, CHERIN, ET. AL., 50 S. 16th St. - 22nd Floor, Philadelphia, PA 19102-2523 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 20 2025 21:19:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 20 2025 21:19:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520529554 | | Email/PDF: bncnotices@becket-lee.com | Nov 20 2025 21:13:07 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520486027 | + | Email/PDF: bncnotices@becket-lee.com | Nov 20 2025 21:26:17 | Amex, Correspondence/Bankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 520486028 | + | Email/Text: BarclaysBankDelaware@tsico.com | Nov 20 2025 21:18:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 520486029 | + | Email/Text: BarclaysBankDelaware@tsico.com | Nov 20 2025 21:18:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 520486030 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 20 2025 21:26:29 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520486031 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 20 2025 21:28:16 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520545010 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 20 2025 21:28:05 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520486032 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 20 2025 21:18:00 | Internal Revenue Service, 955 S. Springfield Ave., Springfield, NJ 07081 |
| 520523850 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Nov 20 2025 21:18:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520486034 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 20 2025 21:26:53 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 520550591 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 20 2025 21:17:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 520486036 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 20 2025 21:17:00 | PNC Financial, Attn: Bankruptcy, 300fifth Ave, Pittsburgh, PA 15222 |

| | | | | |
|---|---|---|---|---|
| 520557272 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 20 2025 21:26:37 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520486037 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 20 2025 21:19:00 | SPS Select Portfolio Servicing Inc, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 520563518 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 20 2025 21:19:00 | U.S. Bank Trust Company, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 520486038 | | Email/Text: bknotice@upgrade.com | Nov 20 2025 21:17:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 520508607 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Nov 20 2025 21:19:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 520486039 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Nov 20 2025 21:19:00 | Us Bank, Cb Disputes, Saint Louis, MO 63166 |
| 520550381 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 20 2025 21:14:42 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520529555 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520529556 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520486033 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 22, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Cory Francis Woerner | on behalf of Creditor U.S. Bank Trust Company National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, successor trustee to LaSalle Bank National Association, on behalf of the holders cwoerner@raslg.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank Trust Company National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, successor trustee to LaSalle Bank National Association, on behalf of the holders dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |

District/off: 0312-2 | User: admin | Page 3 of 3
Date Rcvd: Nov 20, 2025 | Form ID: 185 | Total Noticed: 25

Sara Elizabeth Swietnicki
    on behalf of Creditor U.S. Bank Trust Company National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, successor trustee to LaSalle Bank National Association, on behalf of the holders sswietnicki@raslg.com

Scott D. Sherman
    on behalf of Debtor Seth Dunn ssherman@minionsherman.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6