SCOTT D. SHERMAN ESQ
MINION & SHERMAN
33 CLINTON ROAD, SUITE 105
WEST CALDWELL, NJ 07006

Re: SETH DUNN
22 BEECH ROAD
SPARTA, NJ 07871

Atty: SCOTT D. SHERMAN ESQ
MINION & SHERMAN
33 CLINTON ROAD, SUITE 105
WEST CALDWELL, NJ 07006

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2026
**Chapter 13 Case # 24-22337**

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $90,000.00**

## RECEIPTS AS OF 01/15/2026

(Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 01/10/2025 | $1,500.00 | | 02/10/2025 | $1,500.00 | |
| 03/10/2025 | $1,500.00 | | 04/10/2025 | $1,500.00 | |
| 05/12/2025 | $1,500.00 | | 06/10/2025 | $1,500.00 | |
| 07/11/2025 | $1,500.00 | | 08/11/2025 | $1,500.00 | |
| 09/10/2025 | $1,500.00 | | 10/10/2025 | $1,500.00 | |
| 11/10/2025 | $1,500.00 | | 12/10/2025 | $1,500.00 | |
| 01/12/2026 | $1,500.00 | | | | |

**Total Receipts: $19,500.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $19,500.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2026

(Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| SELECT PORTFOLIO SERVICING INC | | | | | | |
| | 03/17/2025 | $1,480.00 | 941,390 | 04/14/2025 | $1,410.00 | 942,866 |
| | 06/16/2025 | $2,850.00 | 945,694 | 07/14/2025 | $1,425.00 | 947,159 |
| | 08/18/2025 | $1,425.00 | 948,604 | 09/16/2025 | $1,425.00 | 949,866 |
| | 10/20/2025 | $1,410.00 | 951,283 | 11/17/2025 | $1,410.00 | 952,768 |
| | 12/15/2025 | $1,410.00 | 954,167 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,095.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,750.00 | 100.00% | 2,750.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 17,249.53 | * | 0.00 | |
| 0002 | RESURGENT CAPITAL SERVICES | UNSECURED | 9,085.35 | * | 0.00 | |
| 0003 | BARCLAYS BANK DELAWARE | UNSECURED | 0.00 | * | 0.00 | |

**Chapter 13 Case # 24-22337**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0004 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | RESURGENT CAPITAL SERVICES | UNSECURED | 9,449.32 | * | 0.00 | |
| 0006 | INTERNAL REVENUE SERVICE | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0008 | JPMORGAN CHASE BANK NA | UNSECURED | 18,704.46 | * | 0.00 | |
| 0009 | KIMLA A TERRANCE | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0010 | PNC BANK NATIONAL ASSOCIATION | UNSECURED | 14,348.22 | * | 0.00 | |
| 0013 | SELECT PORTFOLIO SERVICING INC | (NEW) Prepetition A | 734,873.14 | 100.00% | 14,245.00 | |
| 0014 | RESURGENT CAPITAL SERVICES | UNSECURED | 4,518.66 | * | 0.00 | |
| 0015 | US BANK NATIONAL ASSOCIATION | UNSECURED | 3,431.43 | * | 0.00 | |
| 0016 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 12,889.10 | * | 0.00 | |
| 0017 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 10,644.46 | * | 0.00 | |
| 0018 | RESURGENT CAPITAL SERVICES | UNSECURED | 6,669.70 | * | 0.00 | |
| 0019 | CITIBANK NA | UNSECURED | 2,655.70 | * | 0.00 | |
| 0020 | CITIBANK NA | UNSECURED | 2,000.00 | * | 0.00 | |
| 0021 | UNITED STATES TREASURY/IRS | UNSECURED | 39,379.13 | * | 0.00 | |
| 0022 | VERIZON BY AIS INFOSOURCE LP AS AGI | UNSECURED | 124.67 | * | 0.00 | |

**Total Paid: $18,090.00**

See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 16, 2026.

Receipts: $19,500.00 - Paid to Claims: $14,245.00 - Admin Costs Paid: $3,845.00 = Funds on Hand: $1,410.00

****NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.